IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. GRISSOM, JR.                                                       PLAINTIFF

VS.                                      CASE NO. 10-CV-4088

SHERIFF RON STOVALL                                                           DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on June 29, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 5). In his report, Judge Bryant recommended that Plaintiff's Complaint be dismissed for failure to state a claim under Section 1983. On July 14, 2010, Plaintiff filed objections to the Report and Recommendation.

After reviewing the record *de novo,* the Court adopts Judge Bryant's Report and Recommendation as its own. Accordingly, the Plaintiff's Complaint is hereby dismissed for failure to state a claim under Section 1983. The Clerk is ordered to consider this case a "strike" pursuant to 28 U.S.C § 1915(g). Plaintiff remains liable for the filing fee associated with the filing of this action. 28 U.S.C. §1915(e)(2).

IT IS SO ORDERED, this 17th day of August, 2010.

                /s/Harry F. Barnes
                Hon. Harry F. Barnes
                United States District Judge